UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80120-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TERRY LEE GAMMAGE,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Ryon M. McCabe following Change of Plea Hearing [ECF No. 38]. On December 20, 2023, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 35] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 1] pursuant to a written factual proffer and plea agreement [ECF Nos. 36, 37]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 1]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 38] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Terry Lee Gammage** as to the sole Count of the Indictment is **ACCEPTED**.

CASE NO. 23-80120-CR-CANNON

3. Defendant **Terry Lee Gammage** is adjudicated guilty of the sole Count of the Indictment, possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e) [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 5th day of January 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record